**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA BECERRA ARANA, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC.; KOZY SHACK ENTERPRISES, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Old Case No. 2:24-cv-00273 DJC DB<br>New Case No. 2:24-cv-00273 JLT SKO<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the following matter: *Jimenez v. Land O'Lakes, Inc*., 1:23-cv-00891-JLT-SKO. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

///

1

1  Based on good cause, this Court **ORDERS** that the above-captioned action be reassigned to U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Sheila K. Oberto.

**2:24-cv-00273 JLT SKO**

IT IS SO ORDERED.

Dated: __May 17, 2024__

UNITED STATES DISTRICT JUDGE

2