# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BECERRA ARANA, on behalf of herself and other similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>LAND O'LAKES, INC.; KOZY SHACK ENTERPRISES, LLC; and DOES 1 to 100, inclusive,<br><br>              Defendants. | **Case No. 2:24-cv-00273-JLT-SKO**<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING MEDIATION**<br><br>(Doc. 20)<br><br>Complaint filed: December 15, 2023<br>Removed: January 19, 2024 |

# **ORDER**

The Court, having reviewed the Parties' Stipulation to Stay Case Pending Mediation (Doc. 20), and for good cause shown, hereby orders as follows:

A. All formal discovery including any Belaire-West Notice, written discovery, depositions, and any related motion practice, is STAYED.

B. The Parties agree to schedule mediation with Tripper Ortman when his 2025 dates of availability are released on January 6, 2025.

C. If mediation is cancelled by one or more of the Parties or is unsuccessful or if a resolution is not reached within seven (7) days after the mediation, or upon any party's request to lift the stay followed by a 14-day notice to the other party during the mediator's fully refundable cancellation window, the Parties will resume formal discovery.

D. The scheduling conference currently set for January 7, 2025 (Doc. 19) is VACATED. Within 14 days of the conclusion of the mediation, the parties SHALL file a Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

E. The Parties will file a Joint Status Report on or before January 13, 2025 to update the Court regarding the Parties' mediation date with Mr. Ortman.

IT IS SO ORDERED.

Dated: **December 16, 2024**        /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE