Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Jovahn Wiggins, Esq. (SBN 349903)
jwiggins@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff SANDRA BECERRA ARANA

[Additional counsel on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SANDRA BECERRA ARANA, on behalf of herself and others similarly situated,

Plaintiff,

vs.

LAND O'LAKES, INC.; KOZY SHACK ENTERPRISES, LLC; and DOES 1 to 100, inclusive,

Defendants.

Case No.: 2:24-cv-00273-JLT-EGC

CLASS ACTION

**STIPULATION TO STAY ACTION PENDING SETTLEMENT APPROVAL IN STATE COURT; ORDER**

(Doc. 44)

JOAN B. TUCKER FIFE (SBN: 144572)
Joan.fife@winstontaylor.com
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendants LAND O'LAKES, INC.;
KOZY SHACK ENTERPRISES, LLC

Plaintiff Sandra Becerra Arana ("Plaintiff"), on the one hand, and Defendant Land O'Lakes, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, and subject to the approval of the Court, hereby enter into this Stipulation based on the following facts:

WHEREAS, on August 18, 2026, the Parties filed a Notice of Settlement in this action, advising the Court that they had reached a settlement resolving this matter (ECF No. 42);

WHEREAS, on August 19, 2026, pursuant to Local Rule 160(b), the Court ordered that, no later than September 9, 2026, the Parties shall file dispositional documents requesting dismissal of this action, subject to the Parties' ability to request an extension for good cause (ECF No. 43);

WHEREAS, the settlement of this action is part of, and contingent upon final approval of, a broader global settlement (the "Global Settlement") resolving this action together with the related matters, *Jimenez v. Land O' Lakes, Inc.* (Case No. 1:23-cv-00891-JLT-EGC), *Lenz et al v. Land O'Lakes, Inc.* (Case No. 1:25-cv-01371-JLT-EGC), and *Lenz et al v. Land O'Lakes, Inc.* (Case No. 1:25-cv-01499-JLT-EGC), which are pending before this Court, as well as *Jimenez III v. Land O'Lakes, Inc.* (Case No. VCU300278) (the "State Court Action"), which is pending in the Superior Court of California, County of Tulare;

WHEREAS, because the Global Settlement resolves class action and Private Attorneys General Act ("PAGA") representative claims, it is subject to court approval;

WHEREAS, the Parties have reached an agreement in principle as to the material terms of the Global Settlement and, as part of that agreement, intend to seek approval of the Global Settlement in the State Court Action;

WHEREAS, because dismissal of this action is contingent upon the Tulare County Superior Court's approval of the Global Settlement, good cause exists under Local Rule 160(b) to stay this action and vacate the September 9, 2026 deadline for

filing dispositional documents while the Parties seek and obtain approval of the Global Settlement in the State Court Action; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the Parties jointly and respectfully request that the Court:

1. Stay this action pending final approval of the Global Settlement by the Tulare County Superior Court;
2. Vacate the September 9, 2026 deadline to file dispositional documents;
3. Order the Parties to file a joint status report regarding the status of state court approval within ninety (90) days after entry of the Court's Order, and every ninety (90) days thereafter until final approval of the Global Settlement; and
4. Order the Parties to file dispositional documents requesting dismissal of this action within thirty (30) days of the Tulare County Superior Court's final approval of the Global Settlement.

**IT IS SO STIPULATED.**

Dated: September 8, 2026

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: */s/ Jovahn Wiggins*
*[Authorized on 9/8/2026]*
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Jovahn Wiggins, Esq.
Attorneys for Plaintiff
SANDRA BECERRA ARANA, on behalf of herself and others similarly situated

//

//

//

Dated: September 8, 2026

Respectfully submitted,
**WINSTON TAYLOR LLP**

By: *_/s/ Joan B. Tucker Fife_*
Joan B. Tucker Fife, Esq.
Attorneys for Defendants LAND O'LAKES, INC. and KOZY SHACK ENTERPRISES, LLC

**ORDER**

The Court, having reviewed the Parties' Notice of Settlement and Request to Vacate All Pending Deadlines, (Doc. 44), hereby ORDERS as follows:

1. This action is hereby STAYED pending final approval of the Global Settlement by the Superior Court of California, County of Tulare, in *Jimenez III v. Land O'Lakes, Inc.*, Case No. VCU300278.
2. The September 14, 2026 deadline to file dispositional documents set forth in the Court's prior order is VACATED.
3. The Parties SHALL file a joint status report regarding the status of state court approval of the Global Settlement no later than December 8, 2026 and every ninety (90) days thereafter until final approval of the Global Settlement.
4. The Parties SHALL file dispositional documents requesting dismissal of this action no later than thirty (30) days after the Tulare County Superior Court grants final approval of the Global Settlement.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE